UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   v.

REGINALD RUSSELL,

   Defendant.

Crim. Action No. 05-00272 (CKK)

**ORDER**
**May 10, 2022**

This case comes before the Court upon the receipt of a Report and Recommendation dated April 25, 2022, from Magistrate Judge G. Michael Harvey. *See* ECF No. 59. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 10th day of May, 2022,

**ORDERED** that the Report and Recommendation is hereby ADOPTED. Defendant Reginald Russell's supervised release, which expired on March 23, 2022, shall be deemed terminated as unsuccessful, and Defendant shall not be reincarcerated for his recent failed drug tests.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE